# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 24-1162**                                                 **September Term, 2023**

FCC-23-320
FCC-17-108

**Filed On: May 31, 2024** [2057345]

Benton Institute for Broadband & Society,

      Petitioner

    v.

Federal Communications Commission and
United States of America,

      Respondents

------------------------------

Consolidated with 24-1166

## **O R D E R**

It is **ORDERED**, on the court's own motion, that these cases be consolidated. Petitioner in case no. 24-1166 is directed to file the following document(s) by the indicated date(s):

| | |
|---|---|
| Docketing Statement Form | July 1, 2024 |
| Statement of Issues to be Raised | July 1, 2024 |

                                                  **FOR THE COURT:**
                                                  Mark J. Langer, Clerk
                              BY:   /s/
                                                  Erica M. Thorner
                                                  Deputy Clerk

The following forms and notices are available on the Court's website:

    Agency Docketing Statement Form