

Federal Communications Commission
Washington, D.C. 20554

June 4, 2024

**BY ELECTRONIC FILING**

Mark Langer, Clerk of Court
United States Court of Appeals
 for the D.C. Circuit
E. Barrett Prettyman U.S. Courthouse
and William B. Bryant Annex
333 Constitution Avenue NW
Washington, DC 20001

RE: *Benton Institute for Broadband & Society v. FCC & USA*, No. 24-1162

Dear Mr. Langer:

In accordance with Panel Rule 25.3 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, the Federal Communications Commission ("Commission") hereby notifies the Court that on June 4, 2024, the Commission electronically filed a Notice of Multicircuit Petitions for Review (copy attached) with the Judicial Panel on Multidistrict Litigation.

Respectfully submitted,

/s/ Scott M. Noveck

Scott M. Noveck
Counsel

cc: Counsel of Record (via CM/ECF)